UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X
JOSHUA MOXEY,

                                                          Civil No.: 2:17-cv-04731-ES-JAD

                Plaintiff,

      -against-                                  **REQUEST FOR**
                                                            **CERTIFICATE OF DEFAULT**

JIMMY AUTO SALE LLC and JAMIL
BASUF,

                       Defendants.
-----------------------------------------------------------------X

TO:    WILLIAM T. WALSH
        CLERK OF COURT
        UNITED STATES DISTRICT COURT
        DISTRICT OF NEW JERSEY

      Please enter the default of defendant, JAMIL BASUF, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend this action, as fully appears from the court file herein and from the attached affirmation of Yitzchak Zelman.

Dated:  Asbury Park, New Jersey
           May 9, 2018

                                        MARCUS ZELMAN, LLC

                                        By:  /s/ Yitzchak Zelman
                                        Yitzchak Zelman, Esq. (YZ5857)
                                        701 Cookman Avenue, Suite 300
                                        Asbury Park, New Jersey 07712
                                        Phone:   (732) 695-3282
                                        *Attorney for the Plaintiff*
                                        JOSHUA MOXEY